**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENRICO TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00685-CDP |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Enrico Taylor's second application to proceed in district court without prepaying fees or costs. (Doc. 5). The Court denied Plaintiff's prior application without prejudice because he had not indicated whether in the past 12 months he had received income from rent payments, interest, or dividends; pension, annuity, or life insurance; disability or worker's compensation payments; gifts or inheritance; or any other sources. *See* Doc. 3. He also indicated that in the past year he had sold 50% of his company, but did not state how much income he received through this sale. *Id.* The Court noted these issues with Plaintiff's prior application and ordered Plaintiff to file a new, completed application within 21 days. *Id.*

In response, Plaintiff filed the same application he had already filed and the Court had already denied without prejudice. Doc. 5. Because Plaintiff has not corrected any of the errors the Court identified with respect to his first application, his second application will be denied and this action will be dismissed without prejudice for failure to comply with a court order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second application to proceed in district court without prepayment of fees and costs is **DENIED** without prejudice. Doc. [5]

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with a court order.  Fed. R. Civ. P. 41(b).

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 1st day of June, 2026.


_____

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE